UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT VAUGHAN**                                                         **PETITIONER**
Reg #46688-424

v.                                    No. 2:20-cv-00221-BSM-JTR

**UNITED STATES OF AMERICA**                                          **RESPONDENT**

## ORDER

Robert Vaughan's petition [Doc. No. 1] is dismissed without prejudice for lack of jurisdiction.

There is no jurisdiction over Vaughan's request for compassionate release pursuant to 18 U.S.C. § 3582 because only the sentencing court can modify the sentence it imposed. *See* 18 U.S.C. § 3582(c)(1)(A); *Claassen v. Hendrix*, No. 2:20-cv-107-BSM/JTR, 2020 WL 4342606, at *1 (E.D. Ark. June 15, 2020), report and recommendation adopted, No. 2:20-cv-107-BSM, 2020 WL 4342445 (E.D. Ark. July 28, 2020); *see also Smoke v. United States*, No. CIV. 09-2050, 2009 WL 5030770, at *4 (D. Minn. Dec. 14, 2009) (a request for compassionate release must be filed as a motion under 18 U.S.C. § 3582 in the district court that imposed the sentence). Vaughan has already presented his request for compassionate release to the sentencing court, and the sentencing court denied his request. *United States v. Vaughan*, Case No. 1:14-cr-639 (N.D. Ill. June 26, 2020), *at doc. 55*.

IT IS SO ORDERED this 31st day of December, 2020.

UNITED STATES DISTRICT JUDGE