UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT VAUGHAN**                                                                              **PETITIONER**
Reg #46688-424

v.                              No. 2:20-cv-00221-BSM-JTR

**UNITED STATES OF AMERICA**                                                      **RESPONDENT**

## JUDGEMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 31st day of December, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE